UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COREY RAY PUCKETT; JOHN ALLEN SMITH,<br><br>                    Plaintiff,<br><br>        v.<br><br>WALLA WALLA COUNTY; DEPUTY HUMPHRIES; and DEPUTY DASCHOFSKY,<br><br>                    Defendants. | No.   4:16-CV-5074-EFS<br><br>**ORDER DISMISSING CASE** |

On December 5, 2016, the parties filed a stipulated dismissal, ECF No. 13.  Because Defendants have yet to file an answer or motion for summary judgment, this matter qualifies for a voluntary dismissal without court order under Federal Rule of Civil Procedure 41(a)(1)(A). Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

   **1.**   All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

   **2.**   All hearings and other deadlines were previously stricken by the Court's November 21, 2016 Order Striking Hearings. ECF No. 12.

   **3.**   The Clerk's Office is directed to **CLOSE** this file.

//

/

ORDER DISMISSING CASE - 1

1  **IT IS SO ORDERED.** The Clerk's Office is directed to enter this
2  Order and provide copies to all counsel.
3  **DATED** this  6th  day of December 2016.

                            s/Edward F. Shea
                           EDWARD F. SHEA
                  Senior United States District Judge